IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES J. HOBBS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-13-0279-HE |
| | ) | |
| UNITED STATES COURT OF APPEALS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner subsequently sought leave to proceed *in forma pauperis*. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Gary M. Purcell. In a Report and Recommendation [Doc. #5], Judge Purcell recommended that the motion be denied because petitioner has sufficient financial resources to pay the fee. Petitioner filed a motion for an extension of time to pay the filing fee and later paid the $5.00 fee.

In light of plaintiff's payment of the full filing fee, his motions to proceed *in forma pauperis* [Doc. #2] and for an extension of time to pay the filing fee [Doc. #6] are **STRICKEN as MOOT**.

**IT IS SO ORDERED**.

Dated this 20th day of May, 2013.

JOE HEATON
UNITED STATES DISTRICT JUDGE